IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INEZ COATES | : | CIVIL ACTION |
| | : | |
| v. | : | NO.12-4031 |
| | : | |
| NATIONWIDE INSURANCE COMPANY | : | |

**ORDER GRANTING MOTION TO REMAND**

AND NOW, this 14th day of September, 2012, upon consideration of Plaintiff's Motion to Remand (ECF No. 4), briefing by both parties, the Amendment to the Complaint filed by Plaintiff on September 13, 2012 (ECF No. 10), and for the reasons stated in the accompanying Memorandum Re: Motion to Remand, it is hereby ORDERED as follows:

(1) Plaintiff's Motion to Remand (ECF No. 4) is GRANTED;

(2) This case is REMANDED to the Court of Common Pleas of Philadelphia County, Pennsylvania; and

(3) Defendant's Motion to Dismiss (ECF No. 3) is DENIED as moot.

The clerk of court shall close this case.

BY THE COURT:

/s/ Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 12\12-4031 coates v. nationwide\12cv4031.Remand Order.wpd