# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INEZ COATES, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| NATIONWIDE INSURANCE COMPANY, | : | NO. 12-4031 & NO. 13-3348 |
| | : | |
| Defendant. | : | |

## ORDER RE: PLAINTIFF'S MOTION TO REMAND

And NOW, this 16th day of September, 2013, for the reasons stated in the foregoing memorandum, it is ORDERED that Plaintiff's Motion to Remand (ECF No. 4) is GRANTED.

The Clerk shall close the two cases associated with this matter[1] and transmit a certified copy of this remand order to state court.

BY THE COURT:

/s/ Michael M. Baylson

**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 12\12-4031 coates v. nationwide\second_removal_order.docx

---

[1] Defendant filed its notice of removal and accompanying briefs under case number 13-3348, while Plaintiff filed her motion and accompanying briefs under case number 12-4031.